The LIMA DELTA COMPANY, Trident Aviation Services, LLC, and Société Commerciale et Industrielle Katangaise, Plaintiffs Below, Appellants,

v.

GLOBAL AEROSPACE, INC., as underwriter on behalf of certain domestic insurance companies, National Indemnity Company, American Alternative Insurance Corporation, Tokio Marine & Nichido Fire Insurance Company, Ltd. (USB), Mitsui Sumitomo Insurance Company of America, American Commerce Insurance Company, Wells Fargo Insurance Services, USA, Inc., Defendants Below, Appellees.

No. 114, 2016

Supreme Court of Delaware.

Submitted: March 28, 2016
Decided: April 5, 2016

REFUSED.

David L. BANKS, Petitioner,

v.

Mackie H. BANKS, individually and as Executrix of the Estate of Russell V. Banks, and the Estate of Russell V. Banks, Respondents.

C.A. No. 10934–VCG

Court of Chancery of Delaware.

Date Submitted: December 17, 2015
Date Decided: March 31, 2016